Joseph C. Serckie, Appellant, v. Continental Illinois National Bank and Trust Company of Chicago, as Trustee, et al., Appellees.

Gen. No. 47,847.

First District, Second Division.

February 16, 1960.

Rehearing denied March 29, 1960.

Released for publication March 29, 1960.

Joseph J. Nagle, for appellant; William J. Lynch, William S. Allen, and James E. Hastings (James E. Hastings, of counsel) for appellees. Opinion by PRESIDING JUSTICE MURPHY. **Not to be published in full.**